1  Patrick M. McCarthy (*Pro Hac Vice*)
Andrew M. Grove (*Pro Hac Vice*)
2  Ryan A. Ellis, Esq. (SBN: 272868)
HOWARD & HOWARD ATTORNEYS PLLC
3  2049 Century Park East, Suite 330
Los Angeles, CA 90067
4  Telephone: (424) 303-7700
Facsimile: (424) 274-3202
5  Email: pmccarthy@howardandhoward.com
        jg@h2law.com
6        re@h2law.com

7  Attorneys for Plaintiffs ForeSee Results, Inc.
and Answers Corporation
8

9          **UNITED STATES DISTRICT COURT**

10        **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | FORESEE RESULTS, INC., a
Delaware Corporation; ANSWERS
CORPORATION, a Delaware
13 | Corporation,                                     Case No.: 3:17-cv-06973-RS

14 |     Plaintiffs/Counterclaim
Defendants,

15 | v.                                               **PLAINTIFFS/COUNTERCLAIM
                                                     DEFENDANTS' ANSWER AND
16 |                                                  AFFIRMATIVE DEFENSES TO
AURYC, INC., a Delaware                              DEFENDANTS/COUNTERCLAIMANTS'
17 | Corporation, also known as AURYC,                COUNTERCLAIMS
LLC; JINLIN WANG, an individual;
18 | FENG SHAO, an individual; AMOD
SETLUR, an individual; DOES 1
19 | through 20, inclusive;

20 |     Defendants/Counterclaimants.

21

22        Plaintiffs/Counterclaim Defendants Foresee Results, Inc. and Answers Corporation

23 ("ForeSee") files this Answer to Defendants/Counterclaimants Auryc, Inc., Jinlin Wang,

24 Feng Shao, and Amod Setlur ("Auryc") Answer and Counterclaims. All allegations not

25 expressly admitted are denied.

                                **PARTIES**

26        1.      Defendant/Counter-Claimant Wang is an individual residing in the State of

27 California, County of Santa Clara.

28

                                        -1-
PLAINTIFFS/COUNTERCLAIM
                                                DEFENDANTS' ANSWER TO
                                                DEFENDANTS/COUNTERCLAIMANTS'
                                                COUNTERCLAIMS

1    **ANSWER**:  Admitted

2        2.        Defendant/Counter-Claimant Shao is an individual residing in the State of

3    California, County of Santa Clara.

4    **ANSWER**:  Admitted

5        3.        Defendant/Counter-Claimant Setlur is an individual residing in the State of

6    California, County of San Mateo.

7    **ANSWER**: Plaintiffs lack knowledge or information sufficient to form a belief

8    about the truth of an allegation, and so they leave Defendants to their proofs.

9        4.        Defendant/Counter-Claimant Auryc is a corporation incorporated and

10    organized in the State of Delaware, with its principal place of business located at 5050 El

11    Camino Real, Suite 202, Los Altos, California.

12    **ANSWER**:  Admitted

13        5.        Defendants/Counter-Claimants Wang, Shao, and Setlur are co-founders of

14    Auryc.

15    **ANSWER**:  Admitted

16        6.        On information and belief, Plaintiff/Counterclaim-Defendant ForeSee is a

17    corporation incorporated in and organized under the laws of the State of Delaware, with

18    its principal place of business located in the State of Michigan.

19    **ANSWER**:  Admitted

20        7.        On information and belief, Plaintiff/Counterclaim-Defendant Answers is a

21    corporation incorporated in and organized under the laws of the State of Delaware, with

22    its principal place of business located in the State of Missouri.

23    **ANSWER**:  Admitted

24    ## **JURISDICTION AND VENUE**

25        8.        The first and second Counterclaims arise under the Copyright Act, 17 U.S.C.

26    §§ 101 et seq. and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

27    **ANSWER**:  Plaintiffs lack knowledge or information sufficient to form a belief

28    about the truth of an allegation, and so they leave Defendants to their proofs.

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS' ANSWER TO
DEFENDANTS/COUNTERCLAIMANTS'
COUNTERCLAIMS

9.   On December 6, 2017, Plaintiffs/Counterclaim-Defendants filed a Complaint in this Court seeking, among other things, a judgment that Defendants infringed Plaintiffs'/Counterclaim-Defendants' registered copyrights.  An immediate and justiciable controversy exists between the parties regarding whether Defendant Auryc's software infringes any valid and enforceable copyright owned by Plaintiffs'/Counterclaim-Defendants.

**ANSWER**:  Admitted

10.   This Court has subject matter jurisdiction over this cause of action pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

**ANSWER**:  Plaintiffs lack knowledge or information sufficient to form a belief about the truth of an allegation, and so they leave Defendants to their proofs.

11.   The Court has supplemental subject matter jurisdiction over the state law counterclaims herein pursuant to 28 U.S.C. § 1337 because these claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

**ANSWER**:  Plaintiffs lack knowledge or information sufficient to form a belief about the truth of an allegation, and so they leave Defendants to their proofs.

12.   Personal jurisdiction is proper in this Court as to Plaintiffs/ Counterclaim-Defendants, because, inter alia, they have subjected themselves to the jurisdiction of this Court by virtue of filing their Complaint.

**ANSWER**:  Admitted

13.   Venue is proper in this District under 28 U.S.C. §§ 1391 and because, inter alia, Plaintiffs/Counterclaim-Defendants have consented to venue in this Court by filing the instant action in this jurisdiction.

**ANSWER**:  Admitted

**BACKGROUND**

14.   Defendants/Counter-Claimants hereby incorporate each response to each of the foregoing paragraphs in the Complaint, and realleges and incorporates by reference

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS' ANSWER TO
DEFENDANTS/COUNTERCLAIMANTS'
COUNTERCLAIMS

1    the foregoing Paragraphs 1-13 of the Counterclaims as if fully stated herein.

2         **ANSWER**:  Plaintiffs re-allege their previous answers to the Counterclaims.

3         15.    Defendants/Counter-Claimants Wang, Shao, and Setlur were employees of

4    Answers until January 2016.

5         **ANSWER**: Admitted

6         16.    Defendant/Counter-Claimant Wang was employed as Answers' Chief

7    Technical Officer from about October 3, 2014 until February 5, 2016

8         **ANSWER**: Admitted

9         17.    Defendant/Counter-Claimant Shao was employed as Answers' Senior

10    Director of Engineering from about April 28, 2015 until January 22, 2016.

11         **ANSWER**: Admitted

12         18.    Defendant/Counter-Claimant Setlur was employed as Answers' Vice

13    President of Engineering from about May 5, 2015 until January 22, 2016.

14         **ANSWER**: Admitted

15         19.    As part of their employment with Answers, Defendants/Counter-Claimants

16    Wang, Shao, and Setlur executed employment agreements with Answers.

17         **ANSWER**: Admitted

18         20.    Answers' employment agreements with Defendants/Counter-Claimants

19    Shao and Setlur include terms that require mediation and, then, arbitration of any disputes

20    arising under those agreements.

21         **ANSWER**: Denied

22         21.    Prior to filing their Complaint in this Court, Plaintiffs/Counterclaim-

23    Defendants did not contact any of Defendants/Counter-Claimants or otherwise seek to

24    mediate or arbitrate this dispute, even though the Complaint alleges that

25    Defendants/Counter-Claimants breached their employment agreements with Answers.

26         **ANSWER**: Admitted

27         22.    After leaving their employment with Answers, Defendants/Counter-

28    Claimants Wang, Shao, and Setlur founded Auryc, Inc.

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS' ANSWER TO
DEFENDANTS/COUNTERCLAIMANTS'
COUNTERCLAIMS

1  **ANSWER**:   Plaintiffs lack knowledge or information sufficient to form a belief
2  about the truth of an allegation, and so they leave Defendants to their proofs.

3  23.    Auryc is a next-gen technology driven startup company that strives to assist
4  its customers by automating the collection of online customer experience data and
5  qualitative and quantitative insights into customer experience, thereby presenting
6  contextual business intelligence at scale.   Auryc's core technology utilizes artificial
7  intelligence ("AI") and machine learning techniques that operate on very large datasets
8  (referred to as "big data").   Auryc's software includes many functional components,
9  including session replay technology, voice of customer technology, mobile web analytics
10  technology, and visual business rules editing technology.   For example, session replay
11  technology enables a customer to visually replay and observe a consumer's interaction
12  with a website, the voice of the customer technology enables the collection of user
13  feedback, and the visual business rules editing technology enables a customer to configure
14  and tune the business intelligence data collection using an intuitive graphical user
15  interface.

16  **ANSWER**:  Admitted that Auryc uses session replay and other technologies used
17  by Plaintiffs.   Otherwise, Plaintiffs lack knowledge or information sufficient to form a
18  belief about the truth of an allegation, and so they leave Defendants to their proofs.

19  24.    While, on information and belief, ForeSee's software also provides session
20  replay and voice of the customer components, those components function and are
21  implemented in very different ways than Auryc's software for at least the following
22  exemplary reasons:

23      •    Auryc's session replay technology provides random access and
24      search capability to enable a user to ***interactively*** identify interesting portions of
25      the replay much the same way as a viewer would like to get to specific parts of a
26      movie on a DVD without watching the entire movie. In contrast, Defendants are
27      informed and believe that ForeSee's replay technology merely provides a
28      downloadable ***static*** video.

-5-

1          •      Auryc's session replay technology also enables specific filtering of
2    replays to enable a user to identify specific consumer behaviors across millions of
3    web browsing sessions, e.g., to find consumers who clicked on the purchase button
4    on an e-commerce site but did not see the purchase confirmation page, or to find
5    consumers who experienced certain types of errors during a browsing session.
6    Auryc is informed and believes that ForeSee's software has no equivalent
7    functionality.

8          •      Auryc's voice of the customer technology enables users to view Net
9    Promoter Score ("NPS") templates and to customize the display of information
10   using various parameters, e.g., by displaying average times spent on a webpage and
11   locations viewed on a webpage.  Auryc is informed and believes that ForeSee's
12   software has no equivalent functionality.

13         •      Auryc's voice of the customer technology also includes unique
14   behavior tracking technology to enable feedback forms to be sent to consumers
15   based on targeted profiles, e.g., to target consumers who have engaged in specific
16   behaviors.   Auryc is informed and believes that ForeSee's software has no
17   equivalent functionality.

18   **ANSWER**: Denied

19   25.    To date, Auryc's software is still at the "Beta" (initial, restricted release)
20   stage.  On information and belief, Auryc's software has not been sold or provided to any
21   customer of the Plaintiffs.

22   **ANSWER**:  Plaintiffs lack knowledge or information sufficient to form a belief
23   about the truth of an allegation, and so they leave Defendants to their proofs.

24   26. Auryc's business intelligence software includes both client-side components
25   that interact directly with web browsers, as well as server-side components that
26   communicate with the client-side components.  Auryc's client-side components were
27   written in JavaScript scripting language and incorporate many open-source components
28   that are publicly available.  Auryc's server-side components were written using high

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS' ANSWER TO
DEFENDANTS/COUNTERCLAIMANTS'
COUNTERCLAIMS

1   performing object-oriented programming languages and highly scalable frameworks and

2   are compiled and operated from Auryc's servers

3       **ANSWER**:   Admitted that Auryc's software seems to include client-side

4   components that interact directly with web browsers and server-side components that

5   communicate with the client-side components.   Admitted that Auryc's client-side

6   components are written in JavaScript.  Otherwise, denied.

7       27. On information and belief, ForeSee's software also includes client-side and

8   server-side components including several components that have different functionality

9   than Auryc's business intelligence software.  On information and belief, ForeSee's client-

10  side components were written in a JavaScript scripting language, are publicly available,

11  and incorporate many open-source components that are publicly available.   On

12  information and belief, ForeSee's server-side components were written using a different

13  set of programming languages and/or frameworks than were Auryc's server-side

14  components.  On information and belief, ForeSee's server-side components are compiled

15  and operated from ForeSee's servers. .

16      **ANSWER**:  Admitted that ForeSee's software also includes client-side and server-

17  side components.   Admitted that ForeSee's client-side components were written in

18  JavaScript. Admitted that ForeSee's server-side components are compiled and operated

19  from ForeSee's servers.  Otherwise, denied.

20      28. On information and belief, many publicly available and/or open source

21  components are incorporated in ForeSee's software, and some of these components are

22  subject to licensing terms that require that any modifications or derived works from those

23  publicly available and/or open source components to be made available to the public under

24  the same terms.

25      **ANSWER**:  Denied

26      29. Auryc developed its business intelligence software independently and without

27  reliance on ForeSee's or Answers' software.

28

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS' ANSWER TO
DEFENDANTS/COUNTERCLAIMANTS'
COUNTERCLAIMS

Case No.: 5:17-cv-06973

1    **ANSWER**:  Denied

2    30.  Auryc's  business  intelligence  software  performs  substantially  different

3    functions than any of ForeSee's or Answers' software.

4    **ANSWER**:  Denied

5    ## **FIRST COUNTERCLAIM**

6    **(Declaration of Non-Infringement)**

7    31.  Defendants/Counter-Claimants  reallege  and  incorporate  by  reference  the

8    foregoing Paragraphs 1-30 of the Counterclaims as if fully stated herein.

9    **ANSWER**:  Plaintiffs re-allege their previous answers to the Counterclaims.

10   32. This is a counterclaim for declaratory judgment pursuant to 28 U.S.C. §§ 2201

11   and 2202 for the purpose of determining an actual and justiciable controversy between the

12   parties.

13   **ANSWER**:  Plaintiffs lack knowledge or information sufficient to form a belief

14   about the truth of an allegation, and so they leave Defendants to their proofs.

15   33. Auryc's business intelligence software accused in the Complaint (the "Accused

16   Software")  is  not  substantially  similar  to  any  of  Plaintiff/Counterclaim-Defendants'

17   copyright protected software.

18   **ANSWER**:  Denied

19   34. The Accused Software does not and has not infringed any valid and enforceable

20   copyright owned by Plaintiff/Counterclaim-Defendants (the "Asserted Copyrights").

21   **ANSWER**:  Denied

22   35.  Defendants/Counter-Claimants  are  entitled  to  a  declaration  that  the

23   manufacture, use, offer for sale, or sale of the its business intelligence software does not

24   infringe any valid and enforceable Asserted Copyright.

25   **ANSWER**:  Denied

26

27

28

**SECOND COUNTERCLAIM**

**(Declaration of Invalidity)**

36. Defendants/Counter-Claimants reallege and incorporate by reference the foregoing Paragraphs 1-35 of the Counterclaims as if fully stated herein.

**ANSWER**: Plaintiffs re-allege their previous answers to the Counterclaims.

37. This is a counterclaim for declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 for the purpose of determining an actual and justiciable controversy between the parties.

**ANSWER**: Plaintiffs lack knowledge or information sufficient to form a belief about the truth of an allegation, and so they leave Defendants to their proofs.

38. On information and belief, Plaintiff/Counterclaim-Defendants' software covered by the Asserted Copyrights incorporates many publicly available and/or open source components, some of which are subject to licensing terms that require that any modifications or derived works from those publicly available and/or open source components be made available to the public under the same terms. By nature of these license terms, Plaintiff/Counterclaim-Defendants' software covered by the Asserted Copyrights has been dedicated to the public rendering the Asserted Copyrights unenforceable and/or invalid.

**ANSWER**: Denied

39. On information and belief, Plaintiff/Counterclaim-Defendants' software is not a wholly original work and/or incorporates unoriginal content. Also on information and belief, Plaintiff/Counterclaim-Defendants and/or the work-made-for-hire authors of Plaintiff/Counterclaim-Defendants' software are not the original authors of software covered by the Asserted Copyrights. Accordingly, the Asserted Copyrights are invalid.

**ANSWER**: Denied

40. Defendants/Counter-Claimants are entitled to a declaration that the Asserted Copyrights are invalid.

**ANSWER**: Denied

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS' ANSWER TO
DEFENDANTS/COUNTERCLAIMANTS'
COUNTERCLAIMS

## THIRD COUNTERCLAIM

### (Breach of Contract)

41. Defendants/Counter-Claimants reallege and incorporate by reference the foregoing Paragraphs 1-40 of the Counterclaims as if fully stated herein.

**ANSWER**: Plaintiffs re-allege their previous answers to the Counterclaims.

42. Defendants/Counter-Claimants Wang, Shao, and Setlur each were parties to binding and enforceable employment agreements with Answers.

**ANSWER**: Admitted

43. Answers' employment agreements with Defendants/Counter-Claimants Shao and Setlur include terms that require mediation and, then, arbitration of any disputes arising under those agreements.

**ANSWER**: Denied

44. Answers' employment agreement with Defendant/Counter-Claimant Wang includes a forum clause that requires any suit arising under the terms of the agreement be brought in the State of Delaware.

**ANSWER**: Denied

45. Prior to filing their Complaint in this Court, Plaintiffs/Counterclaim-Defendants did not contact any of Defendants/Counter-Claimants or otherwise seek to mediate or arbitrate this dispute, even though the Complaint alleges that Defendants/Counter-Claimants breached their employment agreements with Answers.

**ANSWER**: Admitted

46. Plaintiff/Counterclaim-Defendants' filing of this lawsuit without first seeking arbitration or mediation constitutes a breach of its agreements with Defendants/Counter-Claimants Shao and Setlur.

**ANSWER**: Denied

47. Plaintiff/Counterclaim-Defendants' filing of this lawsuit in this District constitutes a breach of its agreements with Defendant/Counter-Claimant Wang.

1    **ANSWER**: Denied

2    48. As a direct and proximate result of Plaintiff/Counterclaim-Defendants'

3    breaches, Defendants/Counter-Claimants have suffered injury and harm.

4    **ANSWER**: Denied

5    49. Plaintiff/Counterclaim-Defendants acknowledged that any breach of those

6    agreements may be harmful or prejudicial to Defendant/Counter-Claimants and these

7    breaches have, in fact, caused and continue to cause Defendant/Counter-Claimants

8    irreparable injury and cannot be fully redressed through damages alone. An injunction is

9    necessary to provide Plaintiffs with at least some measure of relief.

10   **ANSWER**: Denied

11   **DEFENSES**

12   Plaintiffs submit the following defenses:

13   1.    Defendants' Counterclaims are barred, in whole or in part, by their unclean

14   hands and unlawful/inequitable conduct.

15   2.    Defendants' Counterclaims are barred, in whole or in part, by virtue of

16   Plaintiffs' Complaint and the allegations alleged therein.

17   3.    Defendants' Third Counterclaims is barred, in whole or in part, by waiver,

18   estoppel or laches.

19   4.    Defendants' Third Counterclaim is barred, in whole or in part, by

20   Defendants' first-in-time material breaches of contract.

21   5.    Defendants' Third Counterclaims is barred, in whole or in part, by

22   Defendants' failure to timely seek to compel mediation or arbitration, assuming any

23   specific subject matter would otherwise be required by an agreement.

24   Plaintiffs expressly reserve the right to amend and/or supplement these defenses.

25   **PLAINTIFFS' PRAYER FOR RELIEF**

26   WHEREFORE, Plaintiffs pray for judgment in their favor and against Defendants

27   as follows:

28   1.    Granting all relief as set forth in Plaintiffs' Complaint;

1      2.      Denying all forms of relief and damages as requested by Defendants in their

2    Counterclaims; and

3      3.      For any and all such further relief as the Court may deem just and proper.

4

5    DATED: February 19, 2018        By: */s/ Andrew M. Grove*
                                      Patrick M. McCarthy (Pro Hac Vice)
6                                     Andrew M. Grove (Pro Hac Vice)
                                      Ryan A. Ellis, Esq. (SBN: 272868)
7                                     HOWARD & HOWARD ATTORNEYS PLLC
                                      2049 Century Park East, Suite 330
8                                     Los Angeles, CA 90067
                                      Telephone: (424) 303-7700
9                                     Facsimile: (424) 274-3202
                                      Email: pmccarthy@howardandhoward.com
10                                              jg@h2law.com
                                              re@h2law.com
11
                                      Attorneys    for   Plaintiffs/Counterclaim    Defendants
12                                    FORESEE    RESULTS,    INC.    and    ANSWERS
                                      CORPORATION
13

14   4845-8162-2619, v. 2

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS/COUNTERCLAIM
DEFENDANTS' ANSWER TO
DEFENDANTS/COUNTERCLAIMANTS'
COUNTERCLAIMS