SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES M. CHADWICK, Cal. Bar No. 157114
JESSE A. SALEN, Cal. Bar No. 292043
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
E mail:  jchadwick@sheppardmullin.com
         jsalen@sheppardmullin.com

Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO, and
AMOD SETLUR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORESEE RESULTS, INC. a Delaware Corporation; ANSWERS CORPORATION, a Delaware Corporation,<br><br>　　　Plaintiffs and Counterclaim Defendants,<br><br>　　　v.<br><br>AURYC, INC., a Delaware Corporation, also known as AURYC, LLC; JINLIN WANG, an individual; FENG SHAO, an individual; AMOD SETLUR, an individual; DOES 1 through 20, inclusive;<br><br>　　　Defendants and Counterclaimants. | Case No. 3:17-cv-06973-RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR EARLY NEUTRAL EVALUATION**<br><br>The Hon. Richard Seeborg<br>United States District Judge |

Defendants and Counterclaimants AURYC, INC., JINLIN WANG, FENG SHAO, AND AMOD SETLUR (collectively "Defendants") and Plaintiffs and Counterclaim Defendants FORESEE RESULTS, INC., and ANSWERS CORPORATION (collectively "Plaintiffs," and together with Defendants the "Parties") file this joint stipulation respectfully requesting an Order extending the deadline for Early Neutral Evaluation.

WHEREAS, the Parties have agreed to engage in Early Neutral Evaluation;

WHEREAS, the Court's Case Management Order of March 8, 2018 provides that "[t]he parties are hereby REFERRED to the court's ADR department for the Early Neutral Evaluation to take place, ideally, within the next 90 days," which requires the parties to engage in Early Neutral Evaluation by June 6, 2018

WHEREAS, the Parties have selected a neutral to conduct the Early Neutral Evaluation, Mr. Michael Barclay, and the Early Neutral Evaluation is presently set for June 5, 2018;

WHEREAS, the Parties agree that additional time is required in order to permit the Parties to prepare for and conduct a useful Early Neutral Evaluation, and in particular to permit the Parties to complete the discovery and expert analysis needed for a productive Early Neutral Evaluation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective attorneys of record, and subject to approval by the Court, as follows:

1. The deadline for Early Neutral Evaluation should and shall be extended by not less than 60 days or more than 90 days, to a date on which the Parties and the neutral are all available, to be established by the neutral. The Parties will notify the Court and the ADR Unit promptly of the new date for the Early Neutral Evaluation

2. The Further Case Management Conference current set for July 12, 2018, shall be continued to a date of the Court's choosing after September 14, 2018. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

| | |
|---|---|
| Dated: May 11, 2018 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By  /s/ James M. Chadwick  |
| | JAMES M. CHADWICK |
| | JESSE A. SALEN |
| | Attorneys for Defendants and Counterclaimants |
| | AURYC, INC., JINLIN WANG, FENG SHAO, |
| | and AMOD SETLUR |

| | |
|---|---|
| Dated: May 11, 2018 | Respectfully submitted, |
| | HOWARD & HOWARD ATTORNEYS PLLC |
| | By  /s/ Andrew M. Grove  |
| | PATRICK M. MCCARTHY |
| | ANDREW M. GROVE |
| | RYAN A. ELLIS |
| | Attorneys for Plaintiffs and Counterclaim |
| | Defendants FORESEE RESULTS, INC. and |
| | ANSWERS CORPORATION |

### ATTORNEYS' E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs and Counterclaim Defendants FORESEE RESULTS, INC. and ANSWERS CORPORATION, whose electronic signature appears above, have concurred in this filing.

| | |
|---|---|
| Dated: May 11, 2018 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By  /s/ James M. Chadwick  |
| | JAMES M. CHADWICK |
| | JESSE A. SALEN |
| | Attorneys for Defendants and Counterclaimants |
| | AURYC, INC., JINLIN WANG, FENG SHAO, |
| | and AMOD SETLUR |

# ORDER

The Court, having considered the stipulation of the Parties, and good cause appearing therefor, it is ordered that the deadline for Early Neutral Evaluation should and shall be extended in accordance with the Parties' stipulation. The Further Case Management Conference currently set for July 12, 2018, shall be continued to September 20, 2018 at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

Dated: 5/11/18

_____
The Honorable Richard Seeborg
United States District Judge