UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FORESEE RESULTS, INC., et al.,

        Plaintiffs,

    v.

AURYC, INC., et al.,

        Defendants.

Case No.  17-cv-06973-RS

**ORDER DENYING REQUEST TO EXTEND HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND GRANTING REQUEST TO EXTEND BRIEFING DEADLINES**

Having considered the parties' arguments on this matter, defendants' request to extend the hearing date on plaintiffs' motion for a preliminary injunction from October 4, 2018, to January 10, 2019, is denied. In light of defendants' concerns about preparations for the parties' ENE set for August 28, the deadline for filing an opposition to the motion for preliminary injunction is extended to September 13, 2018, with the reply due on September 20, 2018.

**IT IS SO ORDERED**.

Dated: August 17, 2018

_____
RICHARD SEEBORG
United States District Judge