SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES M. CHADWICK, Cal. Bar No. 157114
TENAYA RODEWALD, Cal. Bar No. 248563
JESSE A. SALEN, Cal. Bar No. 292043
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
E mail:   jchadwick@sheppardmullin.com
          trodewald@sheppardmullin.com
          jsalen@sheppardmullin.com

Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO, and
AMOD SETLUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORESEE RESULTS, INC. a Delaware Corporation; ANSWERS CORPORATION, a Delaware Corporation,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>AURYC, INC., a Delaware Corporation, also known as AURYC, LLC; JINLIN WANG, an individual; FENG SHAO, an individual; AMOD SETLUR, an individual; DOES 1 through 20, inclusive;<br><br>    Defendants and Counterclaimants. | Case No. 3:17-cv-06973-RS<br><br>**JOINT STIPULATION FOR ADJOURNMENT OF HEARING DATE AND CASE MANAGEMENT CONFERENCE; AND** ~~PROPOSED~~ **ORDER**<br><br>The Hon. Richard Seeborg<br>United States District Judge |

Plaintiffs and counter-defendants ForeSee Results, Inc. and Answers Corporation, and Defendants and counterclaimants Auryc, Inc., Amod Setlur, Jinlin Wang, and Feng Shao have reached an agreement to settle the claims and counterclaims before the Court in this action. The parties therefore jointly request that the hearing on Plaintiffs' motion for a preliminary injunction and the case management conference currently set for tomorrow, October 4, 2018, at 1:30 p.m., be adjourned and vacated. The parties expect to submit joint stipulations for the entry of an injunction and the dismissal of all claims and counterclaims with prejudice shortly.

**IT IS SO STIPULATED**.

Dated: October 3, 2018   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ James M. Chadwick*
JAMES M. CHADWICK
TENAYA M. RODEWALD
JESSE A. SALEN
Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO,
and AMOD SETLUR

Dated: October 3, 2018   HOWARD & HOWARD ATTORNEYS PLLC

By    */s/ Andrew M. Grove*
PATRICK M. MCCARTHY
ANDREW M. GROVE
RYAN A. ELLIS
Attorneys for Plaintiffs and Counterclaim
Defendants FORESEE RESULTS, INC. and
ANSWERS CORPORATION

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff and Counter-defendants ForeSee Results, Inc. and Answers Corporation, whose electronic signature appears above have concurred in this filing.

Dated: October 3, 2018　　　　SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By　　*/s/ James M. Chadwick*
JAMES M. CHADWICK
TENAYA M. RODEWALD
JESSE A. SALEN
Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO,
and AMOD SETLUR

# ORDER

Based upon the stipulation of the parties, and good cause appearing therefor, the hearing on Plaintiffs' motion for a preliminary injunction and the case management conference currently set for October 4, 2018, at 1:30 p.m., are hereby vacated.

Dated: 10/3/18

_____
United States District Judge Richard Seeborg