SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES M. CHADWICK, Cal. Bar No. 157114
TENAYA RODEWALD, Cal. Bar No. 248563
JESSE A. SALEN, Cal. Bar No. 292043
379 Lytton Avenue
Palo Alto, California  94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
E mail:   jchadwick@sheppardmullin.com
          trodewald@sheppardmullin.com
          jsalen@sheppardmullin.com

Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO, and
AMOD SETLUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORESEE RESULTS, INC. a Delaware Corporation; ANSWERS CORPORATION, a Delaware Corporation, <br><br>    Plaintiffs and Counterclaim Defendants, <br><br>    v. <br><br>AURYC, INC., a Delaware Corporation, also known as AURYC, LLC; JINLIN WANG, an individual; FENG SHAO, an individual; AMOD SETLUR, an individual; DOES 1 through 20, inclusive; <br><br>    Defendants and Counterclaimants. | Case No. 3:17-cv-06973-RS <br><br>**STIPULATED INJUNCTION AND [PROPOSED] ORDER** <br><br>The Hon. Richard Seeborg <br>United States District Judge |

# STIPULATION AND ORDER

Plaintiffs and counter-defendants ForeSee Results, Inc. and Answers Corporation (collectively "Plaintiffs"), and Defendants and counterclaimants Auryc, Inc., Amod Setlur, Jinlin Wang, and Feng Shao (collectively "Defendants") hereby stipulate as follows:

a. Defendants are hereby permanently enjoined from the sale, distribution, use or other commercial exploitation of the original version of the Auryc software source code (a copy of which was produced to ForeSee on an encrypted USB storage device having Bates Number "AURYC 0000001" on March 12, 2018) by Defendants or anyone acting at their direction or in concert with any of the Defendants; and

b. Defendants are hereby permanently enjoined from the sale, distribution, use or other commercial exploitation of software source code created and owned by Plaintiffs (but not including any open source software code or other third party software code reproduced, used, called on, or referenced by software source code created and owned by Plaintiffs) by Defendants or anyone acting at their direction or in concert with any of the Defendants.

**IT IS SO STIPULATED.**

Dated: October 22, 2018        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/ James M. Chadwick*
JAMES M. CHADWICK
TENAYA M. RODEWALD
JESSE A. SALEN
Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO,
and AMOD SETLUR

Dated: October 22, 2018        HOWARD & HOWARD ATTORNEYS PLLC

By   */s/ Andrew M. Grove*
PATRICK M. MCCARTHY
ANDREW M. GROVE
RYAN A. ELLIS
Attorneys for Plaintiffs and Counterclaim
Defendants FORESEE RESULTS, INC. and
ANSWERS CORPORATION

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel for Plaintiffs and Counterclaim Defendants FORESEE RESULTS, INC. and ANSWERS CORPORATION whose electronic signature appears above has concurred in this filing.

Dated: October 22, 2018          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                 By      */s/ James M. Chadwick*
                                         JAMES M. CHADWICK
                                         TENAYA M. RODEWALD
                                         JESSE A. SALEN
                                 Attorneys for Defendants and Counterclaimants
                                 AURYC, INC., JINLIN WANG, FENG SHAO,
                                         and AMOD SETLUR

**IT IS SO ORDERED.**

Dated: _____

                                 _____
                                 United States District Judge Richard Seeborg