SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES M. CHADWICK, Cal. Bar No. 157114
TENAYA RODEWALD, Cal. Bar No. 248563
JESSE A. SALEN, Cal. Bar No. 292043
379 Lytton Avenue
Palo Alto, California  94301-1479
Telephone:    650.815.2600
Facsimile:     650.815.2601
E mail:   jchadwick@sheppardmullin.com
              trodewald@sheppardmullin.com
              jsalen@sheppardmullin.com

Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO, and AMOD SETLUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORESEE RESULTS, INC. a Delaware Corporation; ANSWERS CORPORATION, a Delaware Corporation,<br><br>          Plaintiffs and Counterclaim Defendants,<br><br>          v.<br><br>AURYC, INC., a Delaware Corporation, also known as AURYC, LLC; JINLIN WANG, an individual; FENG SHAO, an individual; AMOD SETLUR, an individual; DOES 1 through 20, inclusive;<br><br>          Defendants and Counterclaimants. | Case No. 3:17-cv-06973-RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>The Hon. Richard Seeborg<br>United States District Judge |

Plaintiffs and counter-defendants ForeSee Results, Inc. and Answers Corporation, and Defendants and counterclaimants Auryc, Inc., Amod Setlur, Jinlin Wang, and Feng Shao have reached an agreement to settle the claims and counterclaims before the Court in this action. Pursuant to that settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, the Parties (a) request the Court to enter the Stipulated Injunction filed contemporaneously herewith; and (b) stipulate to the dismissal of all claims and counterclaims in this action with prejudice. Each party shall bear all of its own respective attorneys' fees, expenses and costs.

**IT IS SO STIPULATED**.

Dated:  October 22, 2018        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     */s/ James M. Chadwick*
JAMES M. CHADWICK
TENAYA M. RODEWALD
JESSE A. SALEN
Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO,
and AMOD SETLUR

Dated: October 22, 2018        HOWARD & HOWARD ATTORNEYS PLLC

By     */s/ Andrew M. Grove*
PATRICK M. MCCARTHY
ANDREW M. GROVE
RYAN A. ELLIS
Attorneys for Plaintiffs and Counterclaim
Defendants FORESEE RESULTS, INC. and
ANSWERS CORPORATION

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel for Plaintiffs and Counterclaim Defendants FORESEE RESULTS, INC. and ANSWERS CORPORATION whose electronic signature appears above has concurred in this filing.

Dated:  October 22, 2018          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                   By  _____*/s/ James M. Chadwick*_____
                                           JAMES M. CHADWICK
                                           TENAYA M. RODEWALD
                                           JESSE A. SALEN
                                   Attorneys for Defendants and Counterclaimants
                                      AURYC, INC., JINLIN WANG, FENG SHAO,
                                              and AMOD SETLUR

## **ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor, all claims and counterclaims of Plaintiffs and counter-defendants ForeSee Results, Inc. and Answers Corporation, and Defendants and counterclaimants Auryc, Inc., Amod Setlur, Jinlin Wang, and Feng Shao are hereby dismissed with prejudice.  The Court will enter the Stipulated Injunction submitted by the parties.

Dated: _____

United States District Judge Richard Seeborg

SMRH:488180177.1                                             -4-