SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES M. CHADWICK, Cal. Bar No. 157114
TENAYA RODEWALD, Cal. Bar No. 248563
JESSE A. SALEN, Cal. Bar No. 292043
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone: 650.815.2600
Facsimile: 650.815.2601
E mail: jchadwick@sheppardmullin.com
         trodewald@sheppardmullin.com
         jsalen@sheppardmullin.com

Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO, and
AMOD SETLUR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORESEE RESULTS, INC. a Delaware Corporation; ANSWERS CORPORATION, a Delaware Corporation, | Case No. 3:17-cv-06973-RS |
| Plaintiffs and Counterclaim Defendants, | **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** |
| v. | The Hon. Richard Seeborg<br>United States District Judge |
| AURYC, INC., a Delaware Corporation, also known as AURYC, LLC; JINLIN WANG, an individual; FENG SHAO, an individual; AMOD SETLUR, an individual; DOES 1 through 20, inclusive; | |
| Defendants and Counterclaimants. | |

Plaintiffs and counter-defendants ForeSee Results, Inc. and Answers Corporation, and Defendants and counterclaimants Auryc, Inc., Amod Setlur, Jinlin Wang, and Feng Shao have reached an agreement to settle the claims and counterclaims before the Court in this action. Pursuant to that settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, the Parties (a) request the Court to enter the Stipulated Injunction filed contemporaneously herewith; and (b) stipulate to the dismissal of all claims and counterclaims in this action with prejudice. Each party shall bear all of its own respective attorneys' fees, expenses and costs.

**IT IS SO STIPULATED**.

Dated: October 22, 2018        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ James M. Chadwick*
JAMES M. CHADWICK
TENAYA M. RODEWALD
JESSE A. SALEN
Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO,
and AMOD SETLUR

Dated: October 22, 2018        HOWARD & HOWARD ATTORNEYS PLLC

By      */s/ Andrew M. Grove*
PATRICK M. MCCARTHY
ANDREW M. GROVE
RYAN A. ELLIS
Attorneys for Plaintiffs and Counterclaim
Defendants FORESEE RESULTS, INC. and
ANSWERS CORPORATION

# ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that counsel for Plaintiffs and Counterclaim Defendants FORESEE RESULTS, INC. and ANSWERS CORPORATION whose electronic signature appears above has concurred in this filing.

Dated: October 22, 2018    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By ___*/s/ James M. Chadwick*___
JAMES M. CHADWICK
TENAYA M. RODEWALD
JESSE A. SALEN
Attorneys for Defendants and Counterclaimants
AURYC, INC., JINLIN WANG, FENG SHAO,
and AMOD SETLUR

# **ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor, all claims and counterclaims of Plaintiffs and counter-defendants ForeSee Results, Inc. and Answers Corporation, and Defendants and counterclaimants Auryc, Inc., Amod Setlur, Jinlin Wang, and Feng Shao are hereby dismissed with prejudice. The Court will enter the Stipulated Injunction submitted by the parties.

Dated: 10/22/18

_____
United States District Judge Richard Seeborg